*E-FILED - 7/11/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADELL DICKERSON, | No. C 08-2347 RMW (PR) |
| Petitioner, | JUDGMENT |
| v. | |
| DARRAL ADAMS, | |
| Respondent. | |

The court has dismissed the instant habeas action without prejudice as a second or successive petition. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __7/7/08__

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\HC.08\Dickerson347jud.wpd    1